UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY PERKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV881 HEA |
| | ) |
| VENGROFF, WILLIAMS, and | ) |
| ASSOCIATES, INC. | ) |
| | ) |
| Defendant. | ) |

# ORDER

This matter is before the court on Defendant's Motion to Dismiss, [Doc. No. 25], Plaintiff's Motion for Summary Judgment, [Doc. No. 26], Defendant's Motion for Sanctions, [Doc. No. 30], and Plaintiff's Motion for Leave to File Second Amended Complaint, [Doc. No. 35].

Plaintiff's Motion for Leave to File Second Amended Complaint is granted. The Clerk of the Court is ordered to file the Second Amended Complaint, *instanter*. Defendant's Motion to Dismiss and Plaintiff's Motion for Summary Judgment are denied as moot, by reason of the filing of the Second Amended Complaint. Defendant's Motion for Sanctions is denied. Plaintiff is, however, admonished to review the Federal Rules of Civil Procedure and to heed their requirements. Any further failure of Plaintiff to abide by the Federal Rules of

Civil Procedure may result in the Court issuing sanctions, **including dismissal of this suit.**

Dated this 4th day of August, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE